IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LELIA WHITE,<br><br>        Plaintiff,<br><br>vs.<br><br>KUM & GO and BRONCO LAND COMPANY,<br><br>        Defendants. | 8:16-CV-40<br><br>ORDER |

This matter is before the Court on the plaintiff's stipulated motion to dismiss party Kum & Go (filing 15). The motion will be granted.

IT IS ORDERED:

1. The plaintiff's stipulated motion to dismiss party Kum & Go (filing 15) is granted.
2. The claims asserted between the plaintiff and Kum & Go are dismissed without prejudice.
3. The parties shall bear their own costs and fees with respect to those claims.
4. Kum & Go is terminated as a party to this case.

Dated this 8th day of April, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge